**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Aukjen Ingraham**, OSB #023338
Email: aingraham@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for CORIZON HEALTH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANGELO JAMES FRICANO<br>Plaintiff,<br><br>vs.<br><br>LANE COUNTY a municipal corporation; LANE COUNTY SHERIFF-THOMAS M. TURNER, in his individual and official capacity; CORIZON HEALTH, INC., a Delaware corporation; LUCY KINGSLEY in her individual and official capacity, JACOB PLEICH, in his individual and official capacity; LISA NICHOLS in her individual and official capacity; LANE COUNTY DEPUTY SHERIFF'S REMINGTON and NABER in their individual and official capacity, and LANE COUNTY DEPUTY SHERIFF LES SIECZKOWSKI, in his/her individual and official capacity,<br><br>Defendants. | No. 6:16-cv-01339-MC<br><br>SUBSTITUTION OF ATTORNEY |

Page 1 -   SUBSTITUTION OF ATTORNEY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\217289\ATI\21363087.1

PLEASE TAKE NOTICE that Aukjen T. Ingraham, of the firm of Schwabe, Williamson & Wyatt, P.C., 1211 S.W. 5th Avenue, Suite 1500-2000, Portland, Oregon 97204, telephone number (503) 222-9981, is hereby substituted for Nathan D. Sramek of Schwabe, Williamson & Wyatt, as attorney for Defendants CORIZON HEALTH, INC. and JACOB PLEICH.

Dated this 25 th day of August, 2017.

    SCHWABE, WILLIAMSON & WYATT, P.C.

By:   /s/ Nathan D. Sramek
    Nathan D. Sramek, OSB# 140173
    Telephone: 503.222.9981
    Facsimile: 503.796.2900
    Withdrawing Attorney for Defendants
    Corizon Health, Inc. and Jacob Pleich

Dated this 25th day of August, 2017.

    SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
    Richard K. Hansen, OSB #832231
    Anne M. Talcott, OSB #965325
    Aukjen T. Ingraham, OSB #023338
    Telephone: 503.222.9981
    Facsimile: 503.796.2900
    Of Attorneys for Defendants Corizon
    Health, Inc. and Jacob Pleich

Page 2 -   SUBSITUTION OF ATTORNEYS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\217289\ATI\21363087.1

## CERTIFICATE OF SERVICE

I hereby certify that on 25th day of August, 2017, I served the following SUBSTITUTION OF ATTORNEYS on:

Lauren C. Regan
Civil Liberties Defense Center
783 Grant Street, Suite 200
Eugene, OR 97402
Telephone: (541) 687-9180
Fax: (541) 804-7391
Email: lregan@cldc.org

Sebastian Tapia
Lane County Office of Legal Counsel
125 E. 8th Ave.
Eugene, OR 97401
Telephone: (541) 682-3728
Fax: (541) 682-3803
Email: sebastian.tapia@co.lane.or.us

Cooper Brinson
Civil Liberties Defense Center
783 Grant Street, Suite 200
Eugene, OR 97402
Telephone: (541) 687-9180
Fax: (541) 804-7391
Email: cbrinson@cldc.org

By:

☒ ECF filing in the US District Court
☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ electronic service
☐ other (specify) _____

DATED this August 24, 2017.

_____
Aukjen T. Ingraham

Page 1 -   CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900