**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Stephanie Holmberg**, OSB #082925
Email: sholmberg@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

      Attorneys for Corizon Health, Inc., a Delaware Corporation,
      Jacob Pleich, in his Individual and Official Capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **ANGELO JAMES FRICANO,**<br><br>    Plaintiff,<br><br>vs.<br><br>**LANE COUNTY a municipal corporation; CORIZON HEALTH, INC., a Delaware corporation; and JACOB PLEICH, in his individual and official capacity,**<br><br>    Defendants. | No. 6:16-cv-01339-MC<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |

      Based upon the stipulation of the parties in this case, as evidenced by the signatures of their attorneys set forth below, and the court being fully advised,

///

///

///

Page 1 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

PDX\128493\217289\AMT\24559978.3

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs, disbursements, or attorney fees to any party.

_____
Judge Michael McShane

IT IS SO STIPULATED:

CIVIL LIBERTIES DEFENSE CENTER

By: /s/ Lauren Regan
Lauren C. Regan, OSB #970878
Cooper Brinson, OSB #153166
Telephone: 541.687.9180
Facsimile: 541.804.7391
Of Attorneys for Plaintiffs


SCHWABE WILLIAMSON & WYATT, P.C.

By: /s/ Anne M. Talcott
Richard K. Hansen, OSB #832231
Anne M. Talcott, OSB #965325
Stephanie Holmberg, OSB #082925
Telephone: 503.222.9981
Facsimile: 503.796.2900
Of Attorneys for Defendants


LANE COUNTY

By: /s/ Sebastian Tapia
Sebastian Tapia, OSB #043761
Telephone: 541.682.3728
Facsimile: 541.682.3803
Of Attorneys for Defendant

Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

PDX\128493\217289\AMT\24559978.3